UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:19-CR-0207-3 |
|---|---|---|
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| TERRY HARRIS, | ) | |
| Defendant | ) | |

ORDER ON COVID-19 BAIL DECISION
(Doc. 79)

The Defendant's Request for a telephonic hearing on bail (Doc. 83) is DENIED. In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 79) is DENIED.

Dated: April 8, 2020

BY THE COURT

*s/William Arbuckle*
William Arbuckle
U.S. Magistrate Judge