UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:19-CR-0207-3 |
| | ) | |
| | ) | (BRANN, C.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| TERRY HARRIS, | ) | |
| Defendant | ) | |

<u>ORDER ON SECOND MOTION TO REVOKE DETENTION ORDER</u>
(Doc. 226)

In accordance with the accompanying Memorandum Opinion of this date, the Second Motion to Revoke Detention Order and Grant Bail (Doc. 226) is DENIED.

Dated: October 28, 2022          BY THE COURT

                                 *s/William Arbuckle*
                                 William Arbuckle
                                 U.S. Magistrate Judge