# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:19-CR-00207-03 |
| v. | (Chief Judge Brann) |
| TERRY HARRIS, | |
| Defendant. | |

## ORDER

**FEBRUARY 28, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Terry Harris's Motion for Review and Revocation of Magistrate's Detention Order (Doc. 262) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge